RECEIVED IN CLERK'S OFFICE
U.S.D.C. Atlanta

AUG - 2 2013

JAMES N. HATTEN, Clerk
By: /s/ Deputy Clerk

FILED IN CHAMBERS
U.S.D.C. - Rome

AUG 0 5 2013

JAMES N. HATTEN, Clerk
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ANGEL MARTINEZ, | ) |
| | ) Civil Action No.: |
| Plaintiff, | ) 1:13-CV-2085-RLV |
| | ) |
| v. | ) |
| | ) |
| FRED LOYA INSURANCE AGENCY, INC. | ) |
| | ) |
| Defendant. | ) |

## ORDER GRANTING JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT AND FOR ORDER OF DISMISSAL WITH PREJUDICE

Having considered the parties' Joint Motion for Approval of Settlement and For Order of Dismissal with Prejudice, THE COURT HEREBY ORDERS as follows:

1. The Court GRANTS the Parties' Joint Motion.

2. The Court APPROVES the form of the Settlement Agreement and directs that the proposed Settlement Agreement be retained under "modified seal."

3. This Case is hereby DISMISSED WITH PREJUDICE.

DONE AND ORDERED this 5th day of Aug., 2013.

/s/ Robert L. Vining, Jr.
ROBERT L. VINING, JR.
UNITED STATES DISTRICT JUDGE